### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGOT A. WEEMS** & her child TMW, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 2:22-cv-03961-GJP |
| **CHILDREN'S HOSPITAL OF PHILADELPHIA, ET AL.,** | : | |
| Defendants. | : | Jury Trial Demanded |

## CITY OF PHILADELPHIA DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants "City of Philadelphia: Office of City Solicitors and Dept. of Human Services",[i] Benita King, Carla N. Gardner, Paulette Matthews, Khadra Searles (incorrectly identified in the Complaint as "Khadra Seales"), Jonathan Houlon, Caroline B. Curley, Paul McLaughlin, Brian Bell, former DHS Commissioner Cynthia Figueroa, and DHS Commissioner Kimberly Ali (sometimes hereinafter referred to collectively as "City Defendants"), hereby move to dismiss with prejudice Plaintiffs Complaint for failure to state a claim. In support of this Motion, City Defendants rely upon and incorporate by reference the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted:

DIANA P. CORTES, CITY SOLICITOR

Date: September 20, 2023

*Matthew K. Hubbard*
Matthew Kevin Hubbard
Senior Attorney

1

2

---

[i] Plaintiffs cannot sue departments of the City of Philadelphia because they are not separate legal entities from the City of Philadelphia.  *See Johnson v. Department of Human Services,* 2018 WL 1996471 at 4* (E.D. Pa. Apr. 27, 2018) citing *Regalbuto v. City of Phila.*, 937 F. Supp. 374, 377 (E.D. Pa. 1994).  For purposes of this motion, the undersigned hereby enters his appearance for City of Philadelphia "Office of City Solicitors" (i.e., City of Philadelphia Law Department) and City of Philadelphia Department of Human Services.