### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGO A. WEEMS** & her child TMW, | : | **CIVIL ACTION** |
| Plaintiffs, | : : : | |
| v. | : : | NO. 2:22-cv-03961-GJP |
| **CHILDREN'S HOSPITAL OF PHILADELPHIA, ET AL.,** | : : : | |
| Defendants. | : | **Jury Trial Demanded** |

### ORDER

**AND NOW,** this _____ day of _____, 2023, upon consideration of the City Defendants' Motion to Dismiss, and any response thereto, it is hereby ORDERED that the City's Motion is GRANTED and the plaintiffs' claims against the City Defendants in the Complaint are hereby DISMISSED WITH PREJUDICE.

**AND IT IS SO ORDERED.**

_____
Gerald J. Papper, U.S.D.J.