**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARGO WEEMS AND HER CHILD, TMW** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| v. | : | No. 2:22-cv-03961-GJP |
| **CHILDREN'S HOSPITAL OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I certify that on this day a true copy of the foregoing Motion to Dismiss and supporting Memorandum of Law were served on Plaintiffs by first-class U. S. mail, postage prepaid, and email as follows:

> Margo A. Weems
> 5131 Greene Street
> Philadelphia, PA 19144
> weemsmargo42@gmail.com
> *Pro se* Plaintiff

Date: September 20, 2023

*Matthew K. Hubbard*
Matthew Kevin Hubbard
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)
matthew.hubbard@phila.gov