IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Margo A. Weems & my child TMW

vs.

Children's Hospital of Philadelphia, et al.

CIVIL/CRIMINAL ACTION NO.

2:22-cv-03961-GJP

## MOTION

Motion filed to request a reconsideration of all defendants and their actions taken/lack of action taken.

Respectfully submitted,

M.A. Weems

PRINTED NAME: Margo A. Weems
ADDRESSS: 5131 Greene St. Philadelphia PA. 19144

SIGNATURE: M.A. Weems
DATE: 4·10·2024

03/2019



Civil Action No.
2:22-CV-03961-GJP

M.A.W & TMW -vs- CHOP. etal.
4/10/24

U.S.M.S. X-RAY

2024 APR 10 AM 7:46
USDC-EDPA REC'D CLERK