IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGO A. WEEMS,<br><br>   *Plaintiff,*<br><br>v.<br><br>CHILDREN'S HOSPITAL OF PHILADELPHIA, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 22-3961 |

### ORDER

**AND NOW**, this 10th day of July 2024, upon consideration of Margo A. Weems's Amended Complaint (ECF No. 107), Jennifer Cole Pucci's Motion to Dismiss (ECF No. 110) and accompanying memorandum (ECF No. 111), the CHOP Defendants' Motion to Dismiss (ECF No. 112), the CVCA Defendants' Motion to Dismiss (ECF No. 113), Noa Glick's Motion to Dismiss (ECF No. 114) and Weems's Responses (ECF Nos. 121, 122, 123, 124), it is **ORDERED** that:

1. The Motions are **GRANTED** and the Amended Complaint is **DISMISSED** with prejudice.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                Gerald J. Pappert, J.